APPEAL,CLOSED,JDrecused,SMrecused

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:12−cv−00343−PB

| | |
|---|---|
| Beckman v. Oppenheimer &Co. et al | Date Filed: 09/05/2012 |
| Assigned to: Judge Paul J. Barbadoro | Date Terminated: 08/06/2013 |
| Case in other court:  Strafford County Superior Court, 219−2012−cv−00315 | Jury Demand: None |
| | Nature of Suit: 160 Stockholders Suits |
| Cause: 28:1441 Petition for Removal− Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**Edward Robert Beckman**  represented by  **Edward Robert Beckman**
105 Whitehouse Rd., Lot 76
Rochester, NH 03867
603 841−0071
PRO SE

V.

**Defendant**

**Oppenheimer &Co.**  represented by  **Paul J. Alfano**
Alfano Law Office PLLC
4 Park St, Ste 303
Concord, NH 03301
603 856−8411
Email: palfano@alfanolawoffice.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Stoltzfus**  represented by  **Paul J. Alfano**
*TERMINATED: 11/16/2012*  (See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/05/2012 | 1 | | NOTICE OF REMOVAL from Strafford County Superior Court, case number 219−2012−cv−00315. (Filing fee $350, receipt number 0102−917231) filed by John Stoltzfus, Oppenheimer &Co.. Answer Follow Up on 9/28/2012. State Court Record Follow Up 9/24/2012. (Attachments: # 1 Summons − Waiver Order of Notice &Complaint, # 2 Notice ECF Notice of Removal to Pltf. Pro se, # 3 Notice ECF Notice of Removal to State Court Clerk, # 4 Civil Cover Sheet)(Alfano, Paul) (Entered: 09/05/2012) |
| 09/06/2012 | 2 | | Disclosure Statement by Oppenheimer &Co., John Stoltzfus disclosing parent company and no merger agreement (Alfano, Paul) Docket entry modified on 9/7/2012 to add the text "no" in front of merger agreement since no merger was diclosed in the attached disclosure statement. (jeb). (Entered: 09/06/2012) |

| | | | |
|---|---|---|---|
| 09/07/2012 | | | Case assigned to Judge Paul J. Barbadoro. The case designation is: 1:12–cv–343–PB. Please show this number with the judge designation on all future pleadings. (jeb) (Entered: 09/07/2012) |
| 09/07/2012 | | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE.(jeb) (Entered: 09/07/2012) |
| 09/20/2012 | 3 | | Certified Copies of State Court Record. State Court Case No. 219–2012–cv–00315, Strafford County Superior Court(Alfano, Paul) (Entered: 09/20/2012) |
| 09/20/2012 | 4 | | Certified Copies of State Court Record. State Court Case No. 219–2012–cv–00315, Strafford County Superior Court(Alfano, Paul) (Entered: 09/20/2012) |
| 09/21/2012 | | | NOTICE of ECF Filing Error re: 4 State Court Record filed by John Stoltzfus, Oppenheimer &Co. Disclosure Statement attached to the State Court record needs to be filed as a separate document. Documents must be provided in an electronically converted PDF text searchable format in accordance with A.P. 2.3(a). If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423. Notice of Compliance Deadline set for 10/1/2012.(mm) (Entered: 09/21/2012) |
| 09/28/2012 | 5 | | ANSWER to Complaint filed by Oppenheimer &Co., John Stoltzfus.(Alfano, Paul) (Entered: 09/28/2012) |
| 09/28/2012 | 6 | | MOTION to Dismiss filed by Oppenheimer &Co., John Stoltzfus. Follow up on Objection on 10/15/2012. (Attachments: # 1 Exhibit Affidavit – Exh. A)(Alfano, Paul) (Entered: 09/28/2012) |
| 10/01/2012 | | | NOTICE OF PRETRIAL CONFERENCE. Pretrial Conference set for 11/5/2012 10:30 AM before Magistrate Judge Landya B. McCafferty. Follow up on Discovery Plan 10/29/2012. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences.(kad) (Entered: 10/01/2012) |
| 10/29/2012 | 7 | | Proposed Discovery Plan filed by Edward Robert Beckman, Oppenheimer &Co., John Stoltzfus. Parties have requested court sponsored mediation Mediation List of 5 Mediators Due on 11/5/2012.(Alfano, Paul) (Entered: 10/29/2012) |
| 11/02/2012 | | | NOTICE OF RESCHEDULING PRETRIAL CONFERENCE. Pretrial Conference reset for 11/5/2012 01:30 PM (time change only) before Magistrate Judge Landya B. McCafferty. Please note pursuant to Title 28 USC 636(c) and Local Rule 73.1, the parties may consent to have the case reassigned to the Magistrate Judge, but are free to withhold consent without adverse consequences.(kad) (Entered: 11/02/2012) |
| 11/05/2012 | | | Minute Entry for proceedings held before Magistrate Judge Landya B. |

|  |  |  | McCafferty. PRETRIAL CONFERENCE held on 11/5/2012. Order to issue. (Pltfs Atty: Edward Beckman) (Defts Atty: Paul Alfano) (Tape #1:35)(Total Hearing Time: :15) (kad) (Entered: 11/05/2012) |
|---|---|---|---|
| 11/05/2012 | 8 |  | **ORDER approving in part 7 Discovery Plan. Length of Trial 2 days. Case Track: Standard. So Ordered by Magistrate Judge Landya B. McCafferty. Summary Judgment Motions due by 6/3/2013. Dispositive Motion Filing Deadline 2/1/2013. Miscellaneous Deadline set for 12/3/2012.(mm)** (Entered: 11/06/2012) |
| 11/06/2012 |  |  | TRIAL NOTICE: LR 16.2(d) Objections due 9/17/13.. Bench Trial set for the two−week period beginning 10/1/2013 09:30 AM before Judge Paul J. Barbadoro. Final Pretrial Conference set for 9/23/2013 02:00 PM before Judge Paul J. Barbadoro. Pretrial Statements due 9/3/2013. (mm) (Entered: 11/06/2012) |
| 11/16/2012 |  |  | **///ENDORSED ORDER granting 6 Motion to Dismiss.** *Text of Order: I agree that the complaint does not state a claim for relief against John Stoltzfus. The motion to dismiss on this basis is granted.* **So Ordered by Judge Paul J. Barbadoro.(mm)** (Entered: 11/16/2012) |
| 11/21/2012 | 9 |  | Assented to MOTION to Continue and Extend Deadlines deadline to file motion to supplement discovery plan filed by Oppenheimer &Co..(Alfano, Paul) (Entered: 11/21/2012) |
| 11/26/2012 |  |  | **ENDORSED ORDER granting 9 Motion to Continue and Extend Deadline to file motion to supplement discovery plan.** *Text of Order: Granted.* **So Ordered by Magistrate Judge Landya B. McCafferty.(gla)** (Entered: 11/26/2012) |
| 12/21/2012 | 10 |  | Proposed Discovery Plan *Supplemental Joint Discovery Plan Regarding ESI* filed by Edward Robert Beckman, Oppenheimer &Co.. (Alfano, Paul) (Entered: 12/21/2012) |
| 12/28/2012 |  |  | **ENDORSED ORDER approving 10 Discovery Plan..** *Text of Order: Approved and adopted as a pretrial scheduling order* **So Ordered by Magistrate Judge Landya B. McCafferty.(mm)** (Entered: 01/07/2013) |
| 05/31/2013 | 11 |  | MOTION for Summary Judgment filed by Oppenheimer &Co., John Stoltzfus. Follow up on Objection on 7/5/2013. (Attachments: # 1 Memorandum of Law Memorandum of Law, # 2 Exhibit (Affidavit) Affidavit of Edward R. Beckman, # 3 Exhibit 1−A, # 4 Exhibit 1−B, # 5 Exhibit 1−C, # 6 Exhibit 1−D, # 7 Exhibit 1−E, # 8 Exhibit 1−F, # 9 Exhibit 1−G, # 10 Exhibit 1−I, # 11 Exhibit 1−J, # 12 Exhibit 1−K, # 13 Exhibit 1−N, # 14 Exhibit 1−O, # 15 Exhibit 1−P, # 16 Exhibit 1−Q, # 17 Exhibit 2, # 18 Exhibit 3, # 19 Exhibit 4, # 20 Exhibit 5)(Alfano, Paul) (Entered: 05/31/2013) |
| 05/31/2013 |  |  | NOTICE of ECF Filing Error re: 11 MOTION for Summary Judgment filed by John Stoltzfus, Oppenheimer &Co.. No description of exhibit or attachment was included. Exhibit or attachment shall be followed by a short description of the document and shall not exceed five words. AP 2.5(a). See How to Properly Attach Exhibits to Pleadings. NO ACTION REQUIRED − FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at |

| | | | |
|---|---|---|---|
| | | | 603−225−1423.(mxm) (Entered: 05/31/2013) |
| 08/06/2013 | | 9 | **///ENDORSED ORDER granting 11 Motion for Summary Judgment.** *Text of Order: Accepting as true the uncontested factual allegations on which the motion is based, I determine that the defendant is entitled to judgment as a matter of law. Motion granted.* **So Ordered by Judge Paul J. Barbadoro.(jna)** (Entered: 08/06/2013) |
| 08/06/2013 | 12 | 7 | **JUDGMENT is hereby entered in accordance with Order on Motion to Dismiss, Order on Motion for Summary Judgment,. Signed by Clerk James R. Starr.** *(Case Closed)* **(mm)** (Entered: 08/06/2013) |
| 09/17/2013 | 13 | 10 | NOTICE OF APPEAL as to 12 Judgment, Order on Motion for Summary Judgment, by Edward Robert Beckman. Filing fee $ 455(NOT PAID). File−stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm**(vln) (Entered: 09/17/2013) |
| 09/17/2013 | 14 | | MOTION to Proceed in forma pauperis on Appeal, by Edward Robert Beckman.(vln) (Entered: 09/17/2013) |
| 09/17/2013 | 15 | | FINANCIAL AFFIDAVIT re: 14 Motion to Proceed in forma pauperis on Appeal by Edward Robert Beckman(vln) (Entered: 09/17/2013) |
| 09/17/2013 | 16 | 5 | Appeal Cover Sheet as to 13 Notice of Appeal, filed by Edward Robert Beckman (vln) (Entered: 09/17/2013) |
| 09/17/2013 | 17 | 6 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 12,13,16,17, re 13 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(vln) (Entered: 09/17/2013) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Civil No. 12-cv-343-PB                                                        C.C.A.#

2. TITLE OF CASE:  Edward Robert Beckman v. Oppenheimer & Co.

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Paul Barbadoro, United States District Judge

6. COURT REPORTER(S) & DATES:

   TRANSCRIPTS ORDERED / ON FILE          NO

7. HEARING / TRIAL EXHIBITS                N/A

8. COURT-APPOINTED COUNSEL                 NO

9. FEE PAID                                NO

10. IN FORMA PAUPERIS                      NO

11. MOTIONS PENDING                        YES – Motion to Proceed IFP on Appeal

12. GUIDELINES CASE                        NO

13. RELATED CASES ON APPEAL                NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Edward Robert Beckman

    v.          Civil No. 12-cv-343-PB

Oppenheimer & Co.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

  I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

  DOCUMENTS NUMBERED: 12,13,16,17

                IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 17, 2013

                **JAMES R. STARR, Clerk**

                **By: /s/ Vincent Luis Negron, Deputy Clerk**

                **Sep 17, 2013**

cc:  Edward Robert Beckman
    Paul Alfano, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Edward Robert Beckman

v.                                                                      Civil No. 12-cv-343-PB

Oppenheimer & Co.

**J U D G M E N T**

In accordance with Judge Paul Barbadoro's order dated November 16, 2012, granting the motion to dismiss John Stoltzfus and his order dated August 6, 2013, granting defendant's motion for summary judgment, judgment is hereby entered.

By the Court,

/s/ James R. Starr
James R. Starr
Clerk of Court

Date: August 6, 2013

cc: Paul Alfano, Esq.
 Edward Beckman, Pro se

```
MIME-Version:1.0
From:ecf_bounce@nhd.uscourts.gov
To:nef@nhd.uscourts.gov
Bcc:
--Case Participants: Paul J. Alfano (palfano@alfanolawoffice.com,
sblake@alfanolawoffice.com), Judge Paul J. Barbadoro (joan_ausman@nhd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:1169833@nhd.uscourts.gov
Subject:Activity in Case 1:12-cv-00343-PB Beckman v. Oppenheimer &Co. et al Order on
Motion for Summary Judgment
```
Content–Type: text/html

# U.S. District Court

## District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 8/6/2013 at 1:48 PM EDT and filed on 8/6/2013

**Case Name:**   Beckman v. Oppenheimer &Co. et al
**Case Number:**   1:12–cv–00343–PB
**Filer:**
**Document Number:**   No document attached

**Docket Text:**
**///ENDORSED ORDER granting [11] Motion for Summary Judgment.** *Text of Order: Accepting as true the uncontested factual allegations on which the motion is based, I determine that the defendant is entitled to judgment as a matter of law. Motion granted.* **So Ordered by Judge Paul J. Barbadoro.(jna)**


**1:12–cv–00343–PB Notice has been electronically mailed to:**

Paul J. Alfano   palfano@alfanolawoffice.com, sblake@alfanolawoffice.com

**1:12–cv–00343–PB Notice, to the extent appropriate, must be delivered conventionally to:**

Edward Robert Beckman
105 Whitehouse Rd., Lot 76
Rochester, NH 03867

1:12-CV-00343-PB

Edward R Beckman v Oppenheimer & Co
Assignt to Judge Paul J Barbadoro

DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 SEP 17 A 9:03

Note of Apel the order 8/6/2013
and Judgment

Plaintiff    Edward R Beckman
            105 Whitehouse Rd lot 76
            Rochester NH
                    03867

Defendant    Oppenheimer Alfano Law office

            Edward R Beckman
            9/13 2013

Corp mail too Alfano office
            4 Park St
            Concord NH
                03801